

# NUMBER 13-19-00002-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EDDIE DE LEON,                                      **Appellant,**

**v.**

PADRON PLUMBING, INC.,                            **Appellee.**

### On appeal from the County Court at Law No. 1
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Memorandum Opinion by Justice Perkes

Appellant Eddie De Leon appealed a judgment rendered by the County Court at Law No. 1 of Hidalgo County, Texas in favor of Padron Plumbing, Inc. in trial court cause number CL-18-6144-A. Appellant has now filed a motion to dismiss this appeal. He contends that the parties have reached an agreement regarding resolution of the case, therefore, the appeal is moot.

The Court, having examined and fully considered appellant's motion to dismiss and the papers on file in this appeal, is of the opinion that the appeal is moot. *See City of Krum, Tex. v. Rice*, 543 S.W.3d 747, 749 (Tex. 2017) (per curiam) (stating that a case is moot when either no live controversy exists between the parties or the parties have no legally cognizable interest in the outcome); *Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012) ("Put simply, a case is moot when the court's action on the merits cannot affect the parties' rights or interests."); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal."). Accordingly, we GRANT appellant's motion to dismiss this appeal and we DISMISS the appeal as moot.

GREGORY T. PERKES
Justice

Delivered and filed the
28th day of March, 2019.